BRYAN CAVE LLP
Sean K. McElenney
Nevada State Bar No. 9122
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Fax: (602) 364-7070
E-Mail: skmcelenney@bryancave.com

BROWNSTEIN HYATT FARBER SCHRECK
Arthur A. Zorio
Nevada State Bar No. 6547
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 398-3812
Fax: (775) 333-8175

Attorneys for Defendant Ocwen Loan Servicing, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Gloria J. Bendrick,<br><br>    Plaintiff,<br><br>vs.<br><br>Bank of America, N.A.; Ocwen Loan Servicing, LLC; Equifax Information Services, LLC,<br><br>    Defendants. | No. 2:17-cv-02774-RFB-GWF<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT OCWEN LOAN SERVICING, LLC TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rules IA 6-1 and 6-2, Plaintiff Gloria J. Bendrick and Defendant Ocwen Loan Servicing, LLC, hereby stipulate to extend the deadline for Defendant to respond to the Complaint to February 2, 2018. Defendant requested this extension to which Plaintiff is unopposed. The parties agree to this extension in good faith to allow Defendant additional time to evaluate the facts of the case prior to responding to the Complaint and for the parties to explore whether an early resolution is possible.

967800.1\2386735

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, ARIZONA 85004-4406
TELEPHONE: (602) 364-7000

1  RESPECTFULLY SUBMITTED this 3rd day of January, 2018.

2  BRYAN CAVE LLP

4  By *s/Sean K. McElenney*
Sean K. McElenney
Two North Central Avenue, Suite 2100
5  Phoenix, Arizona 85004-4406

6  BROWNSTEIN HYATT FARBER SCHRECK

7  Arthur R. Zorio, Esq.
5371 Kietzke Lane
8  Reno, Nevada 89511

9  Attorneys for Ocwen Loan Servicing, LLC.

11  HAINES & KRIEGER, LLC

12  By    */s/Rachel B. Saturn (w/permission)*
David H. Krieger, Esq.
13  Rachel B. Saturn
8985 S. Eastern Avenue, Ste. 350
14  Henderson, NV 89123

15  Attorneys for Plaintiff

ORDER

21  IT IS SO ORDERED.

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE
DATED: January 4, 2018

967800/2386735

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2018 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David H. Krieger, Esq.
Rachel B. Saturn, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue., Ste. 350
Henderson, NV 89123
Attorneys for Plaintiff
dkrieger@hainesandkrieger.com

*s/Cristina Daniels*

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, ARIZONA 85004-4406
TELEPHONE: (602) 364-7000